**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case #09-81290-CIV-RYSKAMP/VITUNAC

Janet Brush,

      Plaintiff,

vs.

Sears Holdings Corporation
d/b/a Sears, Roebuck & Co.,

      Defendant.
_____/

## FINAL JUDGMENT

THE COURT, having entered summary judgment in favor of Defendant Sears Holdings

Corporation, d/b/a Sears, Roebuck & Co., referred to in the summary judgment order as "Kmart,"

and against Plaintiff Janet Brush, hereby

ORDERS AND ADJUDGES that FINAL JUDGMENT IS HEREBY ENTERED in favor

of Defendant Sears Holdings Corporation, d/b/a Sears, Roebuck & Co. and against Plaintiff Janet

Brush.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 14th day of

January, 2011.

                                   S/Kenneth L. Ryskamp
                                   KENNETH L. RYSKAMP
                                   UNITED STATES DISTRICT JUDGE